914

Alice Marie HANCOX

v.

UNITED STATES of America.

No. 7352.

United States Court of Appeals
Tenth Circuit.

May 16, 1963.

John E. Royston, Kansas City, Kan., for appellant.

Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed May 16, 1963, on motion of appellee, for failure to prosecute.

J. F. MALONE et al.

v.

FIREMAN'S FUND INSURANCE COMPANY.

No. 7241.

United States Court of Appeals
Tenth Circuit.

March 25, 1963.

Duane L. Barnard, Granby, Colo., and John B. Barnard, Jr., Denver, Colo., for appellants.

H. Gayle Weller and John R. Hickisch, Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and SETH, Circuit Judge.

PER CURIAM.

Appeal dismissed March 25, 1963, on joint motion of the parties.

Maude Esther LAWTON

v.

UNITED STATES of America.

No. 7350.

United States Court of Appeals
Tenth Circuit.

May 16, 1963.

Elisha Scott, Topeka, Kan., for appellant.

Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed May 16, 1963, on motion of appellee, for failure to prosecute.

MAJOR OIL DEVELOPMENT COMPANY and Charles A. Meeker

v.

UNITED STATES of America and Securities and Exchange Commission.

No. 7238.

United States Court of Appeals
Tenth Circuit.

Feb. 27, 1963.

Charles A. Meeker, Albuquerque, N. M., pro se.

Walter P. North, George P. Michaely, Jr., and Paul J. Kemp, Securities and Exchange Commission, Washington, D. C., for respondent.

Before BRATTON, LEWIS and HILL, Circuit Judges.

PER CURIAM.

Petition for review dismissed February 27, 1963, on motion of respondent.